UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

---

WILLIE ESCABA, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.                                              Civil Action No.:3:11-0575
                                              **COMPLAINT-CLASS ACTION**
                                              **JURY TRIAL DEMANDED**
                                              **JUDGE SHARP**
                                              **MAGISTRATE JUDGE GRIFFIN**

TOBACCO FOR LESS, INC,
ATM CENTRAL, LLC. and
John Doe 1, 2, 3 unknown,

    Defendants.

---

### ORDER OF DISMISSAL

This cause came on pursuant to the NOTICE OF VOLUNTARY DISMISSAL of the Plaintiff as to the Defendant, Tobacco For Less, Inc. before the Honorable Kevin Sharp.

It is therefore ORDERED that the Defendant, Tobacco For Less, Inc. is hereby dismissed without prejudice from this cause.

                                                                           **Judge Kevin Sharp**
                                                                           _/s/ Kevin H. Sharp_

### Certificate of Service

I, Henry F. Todd, Jr., Attorney for the Plaintiff, hereby certify that on the 28th day of June, 2011, a true and correct copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U. S. Mail to:

WilliamS.Rhea
Matthews,Rhea&Armour
P.O.Box819
205WestMarketStreet
Somerville, TN 38068
*Attorney for Tobacco for Less, Inc.*

ATM Central LLC
756 Ridge Lake Blvd.
Suite 100
Memphis, TN 38120



**TRAVIS, CALHOUN & CONLON, P.C**

Eric G. Calhoun, Esq.
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
(972) 934-4100 – telephone
(972) 934-4101 – facsimile
e-mail:  eric@travislaw.com