IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIE ESCABA, individually and on behalf of all others similarly situated | ) )   No. 3-11-0575 ) |
| v. | ) ) |
| TOBACCO FOR LESS, INC;[1] ATM CENTRAL, LLC; and JOHN DOE 2,3, unknown; and RAJNIL, INC. d/b/a Tobacco For Less, as a former John Doe l | ) ) ) ) ) ) |

O R D E R

The plaintiff's motion to continue case management conference (Docket Entry No. 15) is GRANTED.[2]

The August 2, 2011, initial case management conference is RESCHEDULED to **Wednesday, August 24, 2011, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed

---

[1] Defendant Tobacco for Less, Inc. was dismissed by order entered June 29, 2011 (Docket Entry No. 8).

[2] The plaintiff did not suggest a date to which the initial case management conference should be rescheduled.

initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order on the defendants or their counsel and otherwise ensure that the defendants are aware of the rescheduled date for the initial case management conference.

In addition, the Clerk is directed to mail a copy of this order to defendant RAJNIL, Inc., c/o Hitesh Patel, 1820 Church Street, Nashville, TN 37203, to ATM Central LLC, 756 Ridge Lake Blvd., Suite 100, Memphis, TN 38120, and to William S. Rhea, Matthews, Rhea & Armour, P.O. Box 819, 205 West Market St., Somerville, TN 38068, all by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge