IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIE ESCABA, individually and on behalf of all others similarly situated | ) ) ) |
| | ) No. 3-11-0575 |
| v. | ) ) |
| TOBACCO FOR LESS, INC;[1] ATM CENTRAL, LLC; JOHN DOE 3, unknown; RAJNIL, INC. d/b/a Tobacco For Less, as a former John Doe l; ASHOK MUNJAL and INAM MUNJAL, individually and d/b/a Samco and/or Samco Partnership and/or Max Mart and/or "Max Mart, Inc.," as a former John Doe 2 | ) ) ) ) ) ) ) ) ) ) |

O R D E R

On September 6, 2011, the plaintiff and defendants ATM Central LLC and RAJNIL, Inc. filed a joint stipulation of dismissal (Docket Entry No. 33).

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, the plaintiff's claims against defendants ATM Central LLC and Rajnil, Inc. d/b/a Tobacco For Less, as a former John Doe 1, are DISMISSED with prejudice, and the Clerk is directed to terminate ATM Central LLC and RAJNIL, Inc. d/b/a Tobacco For Less, as a former John Doe 1, as defendants in this case.

The plaintiff's claims against Ashok Munjal and Inam Munjal, individually and d/b/a Samco and/or Samco Partnership and/or Max Mart and/or "Max Mart, Inc," named in the plaintiff's third amended complaint (Docket Entry No. 31), remain pending.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Defendant Tobacco for Less, Inc. was dismissed by order entered June 29, 2011 (Docket Entry No. 8).